# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2072

John C. Kitchin, et al.

Appellees

v.

Bridgeton Landfill, LLC, et al.

Appellants

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:18-cv-00672-CDP)

---

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

August 12, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans