UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN C. KITCHIN, JR., NORTH WEST AUTO BODY COMPANY, and MARY MENKE, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 4:18 CV 672 CDP |
| v. | ) ) | |
| BRIDGETON LANDFILL, LLC, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that defendant Bridgeton Landfill, LLC's Unopposed Motion for Leave to File Third-Party Complaint [71] is **GRANTED**. The Clerk of Court shall detach and docket forthwith Bridgeton Landfill, LLC's Third-Party Complaint (ECF 71-1) that was submitted to the Court with its motion.

**IT IS FURTHER ORDERED** that the Order Setting Rule 16 Conference (ECF 68) is **VACATED**, and counsel are excused from the obligations set out in that Order (including their obligation to file a Joint Scheduling Plan) pending service upon third-party defendant Cotter Corporation, N.S.L., and its entry of appearance in this action.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of October, 2021.