AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| John C. Kitchin, Jr., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:18-cv-00672-CDP |
| Bridgeton Landfill, LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-Party Defendant Cotter Corporation (N.S.L.)                                                                                               .

Date:     10/27/2021                                                             /s/ Brian O. Watson
                                                                                            *Attorney's signature*

                                                                                  Brian O. Watson, #68678MO
                                                                                *Printed name and bar number*

                                                                                RILEY SAFER HOLMES & CANCILA LLP
                                                                                 70 W. Madison Street, Suite 2900
                                                                                         Chicago, Illinois 60602

                                                                                                  *Address*

                                                                                bwatson@rshc-law.com;docketdept@rshc-law.com;
                                                                                              *E-mail address*

                                                                                              (312) 471-8700
                                                                                             *Telephone number*

                                                                                              (312) 471-8701
                                                                                                *FAX number*