# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

February 22, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

Re: John C. Kitchin, Jr., et al.
v. Bridgeton Landfill, LLC, et al.
No. 21-683
(Your No. 19-2072)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk

**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**MEMORANDUM**

**TO:**        Mr.  Gregory J. Linhares

**FROM:**   Michael E. Gans, Clerk of Court

**DATE:**    February 24, 2022

**RE:**         19-2072  John Kitchin, et al v. Bridgeton Landfill, et al

              District Court/Agency Case Number(s):   4:18-cv-00672-CDP

___

    Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.


CRJ