IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN C. KITCHIN, JR., et al., *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIDGETON LANDFILL, LLC, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No.  4:18-cv-00672-CDP |

### DEFENDANTS' MOTION FOR SEALING

Defendant and Third-Party Plaintiff Bridgeton Landfill, LLC and Defendant Republic Services, Inc. (collectively "Defendants") hereby move the Court to seal Defendants' Motion to Disqualify James Clayborne and the Law Firm of Clayborne & Wagner LLP in Their Representation of Plaintiffs.  The information discussed in Defendants' Motion to Disqualify contains references to privileged attorney-client communications and attorney work product, and such communications and attorney work product are the very subject of the Motion to Disqualify. Therefore, the Motion to Disqualify should be sealed, and Defendants request that the Motion to Disqualify remains sealed indefinitely due to its privileged and confidential nature.

Dated:  June 8, 2022					Respectfully submitted,


					By:  /s/ Allyson E. Cunningham
						William G. Beck		#26849(MO)
						Allyson E. Cunningham	#64802(MO)
						Attorneys for Defendants and Third-Party Plaintiff
						LATHROP GPM LLP
						2345 Grand Blvd., Ste. 2200
						Kansas City, MO  64108-2618
						Telephone: (816) 292-2000
						Fax: (816) 292-2001
						Email: william.beck@lathropgpm.com
						Email: allyson.cunningham@lathropgpm.com

						Patricia Lehtinen Silva	#67213(MO)
						Kayla A. Brewe		#69231(MO)
						Attorneys for Defendants and Third-Party Plaintiff
						LATHROP GPM LLP
						7701 Forsyth Blvd., Ste. 500
						Clayton, MO  63105
						Telephone: (314) 613-2800
						Fax: (314) 613-2801
						Email: patricia.silva@lathropgpm.com
						Email: kayla.brewe@lathropgpm.com


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 8, 2022 a true and correct copy of the foregoing was served on all counsel of record via electronic mail.



					 /s/ Allyson E. Cunningham
					An attorney for Defendants and Third-Party Plaintiff