IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOHN C. KITCHIN, JR., et al., *on behalf of themselves and all others similarly situated,* <br><br> Plaintiffs, <br><br> vs. <br><br> BRIDGETON LANDFILL, LLC, et al. <br><br> Defendants. | Case No. 4:18-cv-00672-CDP |

**MOTION BY PLAINTIFFS, JAMES F. CLAYBORNE, Jr. AND
CLAYBORNE AND WAGNER LLP FOR LEAVE TO FILE MEMORANDUM
IN RESPONSE TO DEFENDANTS' MOTION TO DISQUALIFY
UNDER SEAL**

Come now Plaintiffs, James F. Clayborne, Jr., and Clayborne & Wagner LLP, by their counsel of record, and respectfully request that this Court enter an order authorizing the filing of their unredacted Memorandum in Response to Motion to Disqualify under seal.

This request is submitted in deference to Defendants' Motion for Sealing their motion to disqualify James F. Clayborne, Jr. and Clayborne & Wagner LLP from representing Plaintiffs and the memorandum in support of that motion and the Court's order of June 21, 2022, granting that motion in part.

Respectfully submitted,

　/s/ Mary Robinson　
Mary Robinson #2357313 (IL)
Robinson, Stewart, Montgomery & Doppke, LLC
33 N. Dearborn, Suite 1420
Chicago, Illinois 60602
(312) 676-9875
mrobinson@rsmdlaw.com
Attorney for James F. Clayborne, Jr. and
Clayborne & Wagner LLP

1

   /s/ Ryan Keane
Ryan A. Keane, # 62112
7711 Bonhomme Ave, Ste 600
St. Louis, MO 63105
Phone: (314) 391-4700
Fax: (314) 244-3778
ryan@keanelawllc.com
Attorneys for Plaintiffs and Proposed Class

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 5th day of July, 2022, she caused a true and accurate copy of the foregoing to be served by filing it in the court's electronic filing system, which will provided electronic notice to all parties and attorneys of record.

      /s/ Mary Robinson
      Mary Robinson