# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JOHN C. KITCHIN, JR., NORTH WEST AUTO BODY COMPANY, and MARY MENKE, on behalf of themselves and all others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 4:18-cv-00672-CDP |
| vs. ) ) | |
| BRIDGETON LANDFILL, LLC, REPUBLIC SERVICES, INC., ALLIED SERVICES, LLC, and ROCK ROAD INDUSTRIES, INC., ) ) ) ) ) | |
| Defendants. ) | |

### CONSENT MEMORANDUM
### REGARDING DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL CLASS ACTION COMPLAINT

COME NOW Plaintiffs and submit this Consent Memorandum Regarding Plaintiffs' Motion for Leave to File Second Amended and Supplemental Class Action Complaint. Plaintiffs state as follows:

1. On January 27, 2023, Defendants Bridgeton Landfill, LLC, Allied Services, Inc., and Republic Services, Inc. (collectively "Defendants") filed their Response to Plaintiffs' Motion for Leave to File Second Amended and Supplemental Class Action Complaint, whereby Defendants represented to the Court that they did not oppose leave to amend if two issues were resolved: (a) the retention of named Plaintiffs in the case, and (b) the naming of Rock Road Industries, Inc. as a defendant. (*See* ECF No. 148).

2. Plaintiffs and Defendants have in good faith conferred and come to an agreement regarding the two issues raised in Defendants' Response.

3.      Upon granting of Plaintiffs' Motion for Leave to File their Second Amended and Supplemental Class Action Complaint, the following revisions will be made to Plaintiffs' Complaint before the formal filing of same:

    a. John Kitchin, Jr., will remain as a class representative and named Plaintiff;

    b. Mary Menke and North West Auto Body Company will be removed as class representatives and named Plaintiffs; and

    c. Rock Road Industries will be removed as a Defendant in this case.

4.      The Parties agree and consent to this issue resolution.

5.      With the foregoing changes made to the proposed Second Amended and Supplemental Class Action Complaint (ECF No. 147), Defendants have consented to removing their conditional request (ECF No. 148, pg. 4), and do not oppose Plaintiffs' Motion for Leave to Amend.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion for Leave to File their Second Amended and Supplemental Class Action Complaint, and for all other and further relief this Court deems just and proper.

Dated: February 6, 2023        Respectfully submitted,

KEANE LAW LLC

By:    */s/ Ryan A. Keane*
Ryan A. Keane, #62112
Tanner A. Kirksey #72882
7711 Bonhomme Ave., Suite 600
St. Louis, MO 63105
314-391-4700
314-244-3778 (fax)
ryan@keanelawllc.com
tanner@keanelawllc.com

JOHNSON GRAY, LLC
Anthony D. Gray, #51534
2705 Dougherty Ferry Rd., Suite 100
St. Louis, MO 63122
(314) 385-9500
agray@johnsongraylaw.com

COOPER LAW FIRM, L.L.C.
Celeste Brustowicz, LA Bar #16835, *PHV forthcoming*
Victor Cobb LA Bar #36830 *PHV, forthcoming*
1525 Religious Street
New Orleans, LA 70130
Phone: (504) 566-1558
cbrustowicz@sch-llc.com
vcobb@sch-llc.com

and

THOMPSON BARNEY
Kevin Thompson (WV Bar #5062) *PHV forthcoming*
David R. Barney, Jr. (WV Bar #7958) *PHV forthcoming*
2030 Kanawha Boulevard, East
Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
Email:  kwthompson@gmail.com

*Attorneys for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was served on all counsel of record via this court's ECF/PACER electronic filing notification system on February 6, 2023.

                                                    /s/ *Ryan A. Keane*