UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN C. KITCHIN, JR., et al., *on behalf of themselves and all others similarly situated*, Plaintiffs, v. BRIDGETON LANDFILL, LLC, et al., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 4:18 CV 672 CDP |

## ORDER CONTINUING STAY

On April 12, 2024, I stayed this action pending the Eighth Circuit's resolution of an interlocutory appeal that addressed a question in a related case that is central to the claims in this case – that is, whether federal dosing regulations provide the exclusive standard of care in public liability actions under the Price-Anderson Act (PAA). On October 30, 2024, the Eighth Circuit affirmed the district court's decision that state standards of care applied, thereby permitting plaintiffs' case to continue. *See Mazzocchio v. Cotter Corp.*, 120 F.4th 565 (8th Cir. 2024). With that beneficial ruling, the plaintiffs here now move to lift the stay in this case. Defendants oppose the motion and request that the stay continue pending the Supreme Court's decision on a petition for writ of certiorari anticipated to be filed in *Mazzocchio*. Notably, the district court in *Mazzocchio*

recently determined to continue the stay in that case for the reasons defendants present here.  *See Mazzocchio v. Cotter Corp.*, Case No. 4:22-cv-292-MTS, 2025 WL 708379 (E.D. Mo. Mar. 5, 2025).

Given that the Supreme Court's action on the anticipated certiorari petition could substantially affect the course of this litigation, including whether plaintiffs can proceed on their claims, I conclude that the circumstances of this case warrant a continued stay for the reasons set out by the district court in *Mazzocchio*.  I will therefore deny plaintiffs' motion to lift the stay and will continue the stay pending Supreme Court action on the *Mazzocchio* petition for writ of certiorari.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' Motion to Lift the Stay in this Action [212] is **DENIED**.

**IT IS FURTHER ORDERED** that this action will remain **STAYED** pending the Supreme Court's action on the anticipated petition for writ of certiorari related to *Mazzocchio v. Cotter Corp.*, Case No. 4:22CV292 MTS (E.D. Mo.); *Mazzocchio v. Cotter Corp.*, 120 F.4th 565 (8th Cir. 2024).

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report with the Court not later than **May 7, 2025, and every sixty (60) days thereafter**, informing the Court of the status of the proceedings before the Supreme Court.  The parties shall also file a Joint Status Report within ten (10)

days of the United States Supreme Court's decision on the *Mazzocchio* petition for

writ of certiorari.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of March, 2025.