IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN C. KITCHIN, JR., et al., </br></br> Plaintiffs, </br></br> vs. </br></br> BRIDGETON LANDFILL, LLC, et al., </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:18-cv-00672-CDP |

## JOINT STATUS REPORT

The parties submit this status report in response to the Court's Order Continuing Stay (ECF No. 217), which continued the stay imposed in this action pending the U.S. Supreme Court's decision on a petition for a writ of certiorari filed in *Cotter Corporation, et al. v Mazzocchio, et al.*, No. 24-1001, and required that a Joint Status Report be filed with the Court no later than May 7, 2025 and every sixty (60) days thereafter. The parties filed their first Joint Status Report on May 7, 2025 (ECF No. 218) and the parties now file this Joint Status Report in compliance with the Court's Order.

The petition for writ of certiorari remains before the U.S. Supreme Court in *Cotter Corporation, et al. v Mazzocchio, et al.*, No. 24-1001. The petition for writ of certiorari was filed on March 10, 2025. Respondent filed a waiver of right to respond on April 17, 2025. An amici curiae brief on behalf of Nuclear Energy Institute, Inc., et al. was filed on April 21, 2025. The clerk distributed for conference on April 23, 2025. The U.S. Supreme Court called for a response to the petition for a writ of certiorari and after seeking an extension to respond, Respondents filed their response on June 26, 2025. *See* June 26, 2025, Dkt Entry, *Cotter*

*Corporation, et al. v Mazzocchio, et al.*, No. 24-1001. The U.S. Supreme Court is in recess and its opening conference is scheduled for September 29, 2025.

As ordered, the parties will provide another Joint Status Report within sixty (60) days of this report, informing the Court of the status of the proceedings before the U.S. Supreme Court.

Dated: July 7, 2025                                   Respectfully submitted,

By:  */s/ Allyson E. Cunningham*
William G. Beck              #26849(MO)
Allyson E. Cunningham   #64802(MO)
Jessica K. Rosell            #61247(MO)
LATHROP GPM LLP
2345 Grand Blvd., Ste. 2200
Kansas City, MO  64108-2618
Telephone: (816) 292-2000
Fax: (816) 292-2001
Email: william.beck@lathropgpm.com
Email: allyson.cunningham@lathropgpm.com
Email: jessica.rosell@lathropgpm.com

Kayla A. Brewe              #69231(MO)
LATHROP GPM LLP
190 Carondelet Plaza, Suite 1400
Clayton, MO  63105
Telephone: (314) 613-2800
Fax: (314) 613-2801
Email: kayla.brewe@lathropgpm.com

*Attorneys for Defendants Bridgeton Landfill, LLC, Allied Services, LLC and Republic Services, Inc.*

/s/ *Ryan A. Keane*
Ryan A. Keane, #62112(MO)
Tanner A. Kirksey, #72882(MO)
KEANE LAW LLC
7711 Bonhomme Ave., Suite 600
St. Louis, MO 63105
Telephone: 314-391-4700
Fax: 314-244-3778 (fax)
Email: ryan@keanelawllc.com
Email: tanner@keanelawllc.com

Anthony D. Gray, #51534(MO)
JOHNSON GRAY, LLC
2705 Dougherty Ferry Road, Ste 100
St. Louis, MO 63122
Telephone: (314) 385-9500
Email: agray@johnsongraylaw.com

Barry J. Cooper, Jr., *pro hac vice*
Victor Cobb, *pro hac vice*
COOPER LAW FIRM, L.L.C.
1525 Religious Street
New Orleans, LA 70130
Telephone: (504) 399-0009
Fax: (504) 399-6989
Email: bcooper@clfnola.com
Email: vcobb@clfnola.com

David R. Barney, Jr., *pro hac vice*
2030 Kanawha Boulevard, East
Charleston, WV 25311
Telephone: (304) 343-4401
Facsimile: (304) 343-4405
Email: drbarneywv@gmail.com

*Attorneys for Plaintiffs*

/s/Brian O. Watson
Brian O. Watson, #68678(MO)
Lauren E. Jaffe, #6316795(IL)
RILEY SAFER HOLMES & CANCILA LLP
1 S. Dearborn Street, Suite 2200
Chicago, IL 60603
Telephone: (312) 471-8700
Fax: (312) 471-8701
Email: bwatson@rshc-law.com
Email: ljaffe@rshc-law.com
Email: docketdept@rshc-law.com

Jennifer Steeve, #308082(CA)
E. Ashley Paynter, #333428(CA)
RILEY SAFER HOLMES & CANCILA LLP
100 Spectrum Center Drive, Suite 650
Irvine, CA 92618
Telephone: (949) 359-5515
Fax: (312) 471-8701
Email: jsteeve@rshc-law.com

3

Email: apaynter@rshc-law.com
Email: docketdept@rshc-law.com

*Attorneys for Defendant Cotter Corporation (N.S.L.)*