**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN C. KITCHIN, JR., et al., <br> *on behalf of themselves and all others* <br> *similarly situated*, <br> <br> Plaintiffs, <br> <br> vs. <br> <br> BRIDGETON LANDFILL, LLC, et al., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.  4:18-cv-00672-CDP <br> ) <br> ) <br> ) <br> ) <br> ) |

## ENTRY OF APPEARANCE

COMES NOW Patricia Lehtinen Silva with Lathrop GPM LLP, and hereby enters her

appearance as counsel of record on behalf of Defendant and Third-Party Plaintiff Bridgeton Landfill,

LLC and Defendants Allied Services, LLC and Republic Services, Inc.

Dated: July 15, 2026                Respectfully submitted,

By: */s/ Patricia Lehtinen Silva*
William G. Beck                    #26849(MO)
Allyson E. Cunningham         #64802(MO)
Patricia Lehtinen Silva          #67213(MO)
Attorneys for Defendants and Third-Party Plaintiff
LATHROP GPM LLP
2323 Grand Blvd., Ste. 800
Kansas City, MO  64108-2618
Telephone: (816) 292-2000
Fax: (816) 292-2001
Email: william.beck@lathropgpm.com
Email: allyson.cunningham@lathropgpm.com
Email: patricia.silva@lathropgpm.com

Kayla A. Brewe                    #69231(MO)
Attorneys for Defendants and Third-Party Plaintiff
LATHROP GPM LLP
190 Carondelet Plaza, Suite 1400
Clayton, MO  63105
Telephone: (314) 613-2800
Fax: (314) 613-2801
Email: kayla.brewe@lathropgpm.com

2