**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN C. KITCHIN, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGETON LANDFILL, LLC, et al.,<br><br>Defendants. | Case No. 4:18-cv-00672-CDP |

**DEFENDANT COTTER CORPORATION (N.S.L.)'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED AND SUPPLEMENTAL COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Price-Anderson Act, 42 U.S.C. §§ 2210, et seq., Defendant Cotter Corporation (N.S.L.) respectfully moves this Court for an Order dismissing the claims Plaintiffs assert against it in their Third Amended and Supplemental Complaint. Defendant Cotter Corporation (N.S.L.) incorporates by reference its accompanying Memorandum in Support.

Dated: October 27, 2026

Respectfully submitted,

*/s/ Brian O. Watson*

RILEY SAFER HOLMES & CANCILA LLP
Brian O. Watson, #68678MO
Lauren E. Jaffe, #6316795IL
Shaun Zhang, #6327966IL
1 South Dearborn St., Ste 2200
Chicago, Illinois 60603
(312) 471-8700 (main)
(312) 471-8701 (fax)
bwatson@rshc-law.com
ljaffe@rshc-law.com
szhang@rshc-law.com
docketdept@rshc-law.com

Jennifer Steeve, #308082CA
100 Spectrum Center Drive, Suite 650
Irvine, CA 92618
(949) 359-5515 (main)
(312) 471-8701 (fax)
jsteeve@rshc-law.com
docketdept@rshc-law.com

**ATTORNEYS FOR DEFENDANT COTTER CORPORATION (N.S.L.)**

**CERTIFICATE OF SERVICE**

I certify that on October 27, 2026, these papers were filed through the CM/ECF system, which will automatically serve an electronic copy upon all counsel of record.

Respectfully submitted,

*/s/ Brian O. Watson*
Brian O. Watson, #68678MO